RALPH B. NEAL,

    Plaintiff,

v.

U.S. BANK, NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA6, et al.,

    Defendants.

Case No. 5:17-cv-06471-EJD

**ORDER TO SHOW CAUSE**

On November 30, 2017, Defendants filed and served on Plaintiff by mail a motion to dismiss the complaint. Dkt. No. 12. Any opposition to the motion should have been filed no later than December 14, 2017. Civ. L.R. 7-3. As of the time this order was filed, the court has not received an opposition and the time for filing such pleading has expired.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **January 5, 2018**, file an opposition to the motion to dismiss or otherwise demonstrate good cause in writing why he has failed to timely prosecute this action, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: December 28, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-06471-EJD
ORDER TO SHOW CAUSE

1